No. 09-8203. Joshua Maxwell, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 978, 130 S. Ct. 1698, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2037.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 854.

No. 09-8210. Richard J. Simpson, Petitioner v. Correctional Medical Services, et al.

559 U.S. 978, 130 S. Ct. 1698, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2124.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-8213. Stephen D. Thibeau, Petitioner v. Massachusetts.

559 U.S. 978, 130 S. Ct. 1700, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2006,

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-8221. Tracy Semple, Petitioner v. Massachusetts.

559 U.S. 978, 130 S. Ct. 1700, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2199.

March 1, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 74 Mass. App. 1124, 909 N.E.2d 557.

No. 09-8229. Tony A. Wilson, Petitioner v. Sahbra S. Jacobs.

559 U.S. 978, 130 S. Ct. 1700, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2012.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 350 Fed. Appx. 614.

No. 09-8230. Willie Watson, Petitioner v. Neighbors Credit Union, et al.

559 U.S. 978, 130 S. Ct. 1700, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2020,

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 351 Fed. Appx. 150.

No. 09-8232. David Gene Skipper, Petitioner v. Jim Worthington, Warden.

559 U.S. 978, 130 S. Ct. 1700, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2094.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8234. Jasper Harris, Jr., Petitioner v. Paul Whinney, et al.

559 U.S. 978, 130 S. Ct. 1701, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2039.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 100.

No. 09-8238. Lawrence W. Price, Jr., Petitioner v. Ohio.

559 U.S. 978, 130 S. Ct. 1701, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2184.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 122 Ohio St. 3d 1506, 912 N.E.2d 109.

No. 09-8239. Donald Ray McCray, Petitioner v. Harris County, Texas, et al.

559 U.S. 978, 130 S. Ct. 1701, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2099.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Third District, denied.